# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CHARLES ASHFORD,                                                                                       PLAINTIFF
ADC #133975

v.                                          5:12-cv-00352-JLH-JJV

BILLY STRAUGHN, Warden,
Maximum Security Unit, ADC; *et al*.                                                          DEFENDANTS

## ORDER

The undersigned Magistrate Judge filed Proposed Findings and Recommendations on December 17, 2012.  Plaintiff consented to jurisdiction by this Magistrate Judge on December 20, 2012. Therefore, the Proposed Findings and Recommended Disposition (Doc. No. 23) are adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Preliminary Injunctive Relief (Doc. No. 7) is DENIED.

SO ORDERED this 8th day of January, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE