IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| CHARLES ASHFORD, ADC #133975, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 5:12CV00352-JJV |
| BILLY STRAUGHN, Warden, Maximum Security Unit, ADC; *et al.*, | * * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Memorandum and Order would not be taken in good faith.

IT IS SO ADJUDGED this 6th day of September, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE